IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| JAVIER SANCHEZ, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. |
| § | DR-16-CV-0117-AM-VRG |
| THE TRAVELERS HOME AND § | |
| MARINE INSURANCE COMPANY, § | |
|     Defendant. § | |

**NOTICE OF MAGISTRATE JUDGE'S AVAILABILITY**

Pursuant to Title 28 U.S.C. § 636(b) and Local Rule CV-72, the parties are notified that this action has been referred to the undersigned United States Magistrate Judge for pretrial handling.

The undersigned United States Magistrate Judge is available under Title 28 U.S.C. § 636(c) to conduct further proceedings in this case, including a jury or nonjury trial and the entry of final judgment. A United States Magistrate Judge may exercise this authority only if all parties voluntarily consent.

Because of the crowded condition of the criminal docket in this District and Division and the difficulty in setting civil cases for trial, you may wish to [consent to the trial of your case](#) by the undersigned United States Magistrate Judge, or to [consent to the entry of a final order on a dispositive motion](#) by the undersigned United States Magistrate Judge.

You may withhold your consent without adverse substantive consequences. Your decision should be communicated to the United States District Clerk's Office. The identity of any party consenting or withholding consent will not be disclosed to the District Judge to whom this case is assigned or to any United States Magistrate Judge. If the undersigned United States Magistrate Judge does hear your case, you may appeal directly to a United States Court of Appeals as you would if a District Judge had heard it.

**SIGNED** this 27th day of July, 2016.

_____
**VICTOR ROBERTO GARCÍA**
**UNITED STATES MAGISTRATE JUDGE**