76666.0168

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| JAVIER SANCHEZ AND DIANA SANCHEZ § § § Plaintiffs, § § V. § § THE TRAVELERS HOME AND MARINE § INSURANCE COMPANY § § Defendant § | CIVIL ACTION NO. 2:16-CV-00117-AM-VRG |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this _____ day of _____, 2017.


_____
UNITED STATES DISTRICT JUDGE

76666.0168

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANT**

LAW OFFICES OF JUAN E. GONZALEZ, PLLC
3110 E. Bus Hwy 83
Weslaco, Texas 78596
Telephone: (956) 447-5585
Facsimile: (956) 447-8637
lawofjeg@aol.com

By: _____
JUAN E. GONZALEZ
State Bar No. 08121800

**ATTORNEYS FOR PLAINTIFFS**